THOMAS E. WILLOUGHBY (TW-4452)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**07 CV 6144**

**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NBTY, INC.

               Plaintiff,   :   Index No.

   - Against -

                             :   *Rule 7.1 Statement*

AIR CHINA,

               Defendant.
------------------------------------X

RECEIVED JUN 29 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                      N O N E

Dated: New York, New York
       June 28, 2007

                                      HILL RIVKINS & HAYDEN
                                      Attorneys for Plaintiff,

                              By: _____
                                      Thomas E. Willoughby (TW-4452)
                                      45 Broadway, Suite 1500
                                      New York, New York 10006
                                      (212) 669-0600