Form 27 - GENERAL PURPOSE

HILL RIVKINS & HAYDEN LLP
ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY

---

| | |
|---|---|
| NBTY, INC.                                    plaintiff | Index No. **07 CV 6144** |
| | Date Filed .......... |
| - against - | |
| | Office No. **29561-TEW** |
| AIR CHINA                                     defendant | Court Date:   /   / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**HOWARD HERTZFELD**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
  That on the **13th day of July, 2007**    at **09:15 AM.**,                at
  %CARGO BUILDING 261, 2ND FL. ROOM 312
  JFK INTERNATIONAL AIRPORT, JAMAICA, NY 11430
I served a true copy of the
  SUMMONS AND COMPLAINT
  RULE 7.1 STATEMENT
  JUDGES RULES

upon **AIR CHINA**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **ELAINE KASLOW   MANAGING AGENT**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**        COLOR: **WHITE**         HAIR: **BROWN**
    APP. AGE: **58**       APP. HT: **5:3**         APP. WT: **135**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
18th day of July, 2007t



BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.............................
HOWARD HERTZFELD   778037
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM47490